UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NATIONAL ALLIANCE OF
ACCESSIBILITY INC., a Florida
non-profit corporation, and DENISE
PAYNE, Individually,

    Plaintiffs,

V.                                Case No:  2:12-CV-239-FtM-29SPC

CP SANIBEL FEE OWNER, LLC, a
Delaware Limited Liability Company,

    Defendant.
_____/

## ORDER

This matter comes before the Court on Stipulation to Substitute CP Sanibel, LLC, a Delaware Corporation, in Place of CP Sanibel Fee Owner, LLC, a Delaware Corporation (Doc. #14) filed on June 26, 2012.  The Parties inform the Court that the present-named Defendant, CP Sanibel Fee Owner, LLC no longer exists and has merged into CP Sanibel, LLC, a Delaware Corporation.  CP Sanibel, LLC, through its counsel, agrees to be substituted as the Defendant in this cause in place of CP Sanibel Fee Owner, LLC.  Having considered the Motion, the Court finds good cause to allow the substitution and will direct Plaintiffs to file an Amended Complaint, for the sole purposes of naming the correct Defendant.

Accordingly, it is now

**ORDERED:**

(1) Stipulation to Substitute CP Sanibel, LLC, a Delaware Corporation, in Place of CP Sanibel Fee Owner, LLC, a Delaware Corporation (Doc. #14) is **GRANTED**.

(2) Plaintiff is directed to file an Amended Complaint in the CM/ECF system, for the sole purpose of naming the correct Defendant.

(3) The Clerk of Court is directed to change the style of this case in accordance with the Amended Complaint and substitute CP Sanibel, LLC for CP Sanibel Fee Owner, LLC.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of July, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record